456 A.2d 1106

Romaska, et al., Appellants v. Highland Township, et al.

Argued May 24, 1982.

Jerome Gamburg, for appellants; Alan R. Shaddinger, for appellees.

640

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.